1

2

3                    UNITED STATES  DISTRICT COURT

4                    Northern District of California

5

6   ASPEN SHACKLETON III,                          No. C 11-2272 MEJ

7                    Plaintiff(s),                  **SECOND ORDER DIRECTING**
        v.                                          **DEFENDANT TO FILE**
8                                                   **CONSENT/DECLINATION FORM**
    SAN HIN SAELEE,

9
                     Defendant(s).
10  _____/

11

12          Pending before the Court is Defendant San Hin Saelee's in forma pauperis application.  On

13  May 12, 2011, the Court ordered defendant to consent to magistrate judge jurisdiction or request

14  reassignment to a United States District Judge for trial.  Defendant has failed to respond.

15          This civil case was randomly assigned to Magistrate Judge James for all purposes including

16  trial.  In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are

17  designated to conduct any and all proceedings in a civil case, including trial and entry of final

18  judgment, upon the consent of the parties.  An appeal from a judgment entered by Magistrate Judge

19  James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same

20  manner as an appeal from any other judgment of a district court.

21          You have the right to have your case assigned to a United States District Judge for trial and

22  disposition.  Accordingly, Defendant San Hin Saelee shall inform the Court, by way of the enclosed

23  form, whether Defendant consents to magistrate judge jurisdiction or requests reassignment to a

24  United States District Judge for trial.  The consent/declination form shall be filed June 16, 2011.

25  Failure to comply with this order may result in the imposition of sanctions.

26          **IT IS SO ORDERED.**

27  Dated: June 6, 2011

28                                                  _____
                                                    Maria-Elena James
                                                    Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASPEN SHACKLETON III                                     No. C 11-2272 MEJ

        Plaintiff(s),

  vs.

SAN HIN SAELEE

        Defendant(s).
                                   /

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby

consents to have a United States Magistrate Judge conduct any and all further proceedings in this

case, including trial, and order the entry of final judgment, and voluntarily waives the right to

proceed before a United States District Judge.


Dated:_____          Signed by:_____

                                        Counsel for:_____


**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United

States Magistrate Judge for trial and disposition, and hereby requests the reassignment of this case to

a United States District Judge.


Dated:_____          Signed by:_____

                                        Counsel for:_____

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ASPEN SHACKLETON III                                    No. C 11-2272 MEJ

             Plaintiff,                              **CERTIFICATE OF SERVICE**

   v.

SAN HIN SAELEE

           Defendant.
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 6, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

San Hin Saelee
2115 12th Avenue #D
Oakland, CA 94606

Dated: June 6, 2011

                                Richard W. Wieking, Clerk
                                By: Brenda Tolbert, Deputy Clerk

**UNITED STATES DISTRICT COURT**
For the Northern District of California

3