UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| ASPEN SHACKETON, III, LLC, | No. C 11-02272 MEJ |
| Defendant, | **ORDER TO SHOW CAUSE** |
| v. | |
| SAN HIN SAELEE, | |
| Defendant. | |

On May 9, 2011, Defendant San Hin Saelee removed the above-captioned case to this Court, and also filed an application to proceed in forma pauperis. On May 12, 2011, the Court ordered Defendant to either consent or decline magistrate jurisdiction by June 2, 2011. (Dkt. #4.) Because Defendant failed to comply with this deadline, the Court again ordered Defendant to consent or decline, with a new deadline of June 16, 2011. (Dkt. #5.) Defendant failed to respond.

Based on Defendant's inaction, the Court hereby ORDERS Defendant San Hin Saelee to show cause why this case should not be remanded to state court. Defendant shall file a declaration by July 7, 2011, and the Court shall conduct a hearing on July 21, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: June 20, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ASPEN SHACKETON, III, LLC,

        Defendant,

v.

SAN HIN SAELEE,

        Defendant.

Case Number: 11-02272  MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 20, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

San Hin Saelee
2115 12th Avenue #D
Oakland, CA 94606

Dated: June 20, 2011

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

2