San Hin Saelee, in Pro Per

Address: P.O. BOX 344
         Oakland, CA  94604

Telephone Number: 510-681-7005



UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aspen Shackleton, III, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>San Hin Saelee<br><br>        Defendants. | **CASE NO.: 3:11-cv-02272-MEJ**<br><br>**DEFENDANT'S (1) RESPONSE TO ORDER TO SHOW CAUSE AND (2) REQUEST FOR REMAND**<br><br>DATE:  July 21, 2011<br>TIME:  10 AM<br>DEPT.:  Courtroom B, 15th Floor |

    Defendant San Hin Saelee filed a Notice of Removal of May 9, 2011. On June 20, 2011, this Court issued an order to show cause ordering that San Hin Saelee submit a declaration setting forth why this Case should not be remanded to State Court.

    Per this filing, Defendant does not dispute that this matter should be remanded back to State Court.

DATED: June 30, 2011

                                                    Defendant, San Hin Saelee